IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHARLES TOLLIVER** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No. 1:20cv180-HSO-BWR |
| | § | |
| **ANDREW MILLS, Deputy Warden** | § | **DEFENDANT** |

**FINAL JUDGMENT**

This matter came on to be heard on the Report and Recommendation [40] of United States Magistrate Judge Robert H. Walker, entered in this case on May 23, 2022, and the Motion [37] for Summary Judgment filed by Defendant Andrew Mills on October 7, 2021. The Court, after a full review and consideration of the Magistrate Judge's Report and Recommendation [40], the Motion [37], the record as a whole, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 2nd day of August, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE